Meenoo Chahbazi (No. 029568)
ROBAINA & KRESIN PLLC
5343 N. 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
mch@robainalaw.com
Attorneys for Plaintiff Vinita Bhatt

Mark Brnovich
Attorney General
Michael K. Goodwin, Bar No. 014446
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov
EmploymentLaw@azag.gov
Attorneys for Defendants

# IN THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vinita Bhatt, an individual, | Case No: CV-17-04807-PHX-JZB |
| Plaintiff, | |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| State of Arizona, David Dunaway, and Daniel Czecholinski, | |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the voluntary dismissal of this action with prejudice, the parties to bear their own costs and attorney's fees.  A proposed order accompanies this motion.

///

///

///

///

RESPECTFULLY SUBMITTED this 6th day of November, 2018.

| ROBAINA & KRESIN PLLC | Mark Brnovich<br>Attorney General |
|---|---|
| By /s/ Meenoo Chahbazi<br>　Meenoo Chahbazi<br>　Attorney for Plaintiff Vinita Bhatt | /s/ Michael K. Goodwin (w/permission)<br>Michael K. Goodwin<br>Assistant Attorney General<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which generates a Notice of Filing to the following CM/ECF registrant on this 6th day of November 2018:

Meenoo Chahbazi
Robaina & Kresin PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff


/s/ Gaynell Carpenter