# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vinita Bhatt,<br><br>            Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>            Defendants. | No. CV-17-04807-PHX-JZB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Voluntary Dismissal (Doc. 45), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation (Doc. 45) is **granted**.
2. That this matter be **dismissed** with prejudice, each party to bear its own fees and costs.

Dated this 19th day of November, 2018.

Honorable John Z. Boyle
United States Magistrate Judge